UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Monica Weaver,

                Plaintiff,

    -v-

Segal, McCambridge, Singer & Mahoney et al.,

          Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2025

25-cv-5477 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The parties are instructed to meet and confer and submit a case management plan by December 19, 2025.  Defendant shall file any motion to transfer by December 29, 2025. Plaintiff's response is due by January 12, 2026.  And Defendant shall reply by January 19, 2026.

    SO ORDERED.

Dated: December 15, 2025
      New York, New York          _____
                               LEWIS J. LIMAN
                         United States District Judge